UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SABINO QUAIR,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA CORRECTIONAL HEALTHCARE SERVICES, et al.,<br><br>    Defendants. | Case No. 19-cv-01943-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. Nos. 2, 3, 4, 7, 9 |

Plaintiff, a state prisoner, has filed a civil rights action. On multiple occasions, plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed, and plaintiff has not paid the fee or filed a complete application to proceed IFP. Submitting blank applications to proceed IFP is insufficient. Therefore, this case is **DISMISSED** without prejudice. Plaintiff's incomplete motions to proceed IFP (Docket Nos. 2, 7, 9) are **DENIED**. Plaintiff's remaining motions (Docket Nos. 3, 4) are **DENIED** because this case is closed.

**IT IS SO ORDERED.**

Dated: May 21, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SABINO QUAIR,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL<br>HEALTHCARE SERVICES, et al.,<br><br>Defendants. | Case No. 19-cv-01943-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Sabino Quair ID: BG0478
CSP-CIM
P.O. Box 600
Chino, CA 91708

Dated: May 21, 2019

Susan Y. Soong
Clerk, United States District Court

2

By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO